Matter of Rayhamling (2024 NY Slip Op 01375)

Matter of Rayhamling

2024 NY Slip Op 01375

Decided on March 14, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 14, 2024

PM-42-24
[*1]In the Matter of Jerry Rayhamling, a Suspended Attorney. (Attorney Registration No. 5381405.)

Calendar Date:February 20, 2024

Before:Garry, P.J., Aarons, Lynch, Reynolds Fitzgerald and Ceresia, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Michael K. Creaser of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Law Offices of Sarah Diane McShea, New York City (Sarah Diane McShea of counsel), for respondent.

Motion by respondent (1) pursuant to CPLR 2221 (d) for leave to reargue this Court's December 28, 2023 order imposing discipline upon him following his conviction of a serious crime, and (2) pursuant to CPLR 5602 for leave to appeal to the Court of Appeals from the December 28, 2023 order of this Court (222 AD3d 1322 [3d Dept 2023]).
Now, upon reading and filing the notice of motion and affidavit with exhibit of respondent sworn to January 26, 2024 and upon reading and filing the affirmation in opposition with exhibits of Michael K. Creaser dated February 16, 2024, and due deliberation having been had, and having determined that this Court did not overlook or misapprehend any matters of fact or law in determining the prior motion, and that no basis for appeal to the Court of Appeals has been established, it is hereby
ORDERED that respondent's motion is denied.
Garry, P.J., Aarons, Lynch, Reynolds Fitzgerald and Ceresia, JJ., concur.